# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID ALVEY, DBA MAYOR/CEO UNIFIED GOVERNMENT OF WYANDOTTE COUNTY, KANSAS CITY, KANSAS, ) ) ) ) Plaintiff, ) ) v. ) ) ) MICHELLE AVERY BEY, ) ) Defendant. ) ) | CIVIL ACTION No. 19-2059-KHV |

## ORDER

For substantially the reasons stated in the <u>Memorandum And Order</u> (Doc. #26) filed September 12, 2019 and the <u>Memorandum And Order</u> (Doc. #22) filed August 7, 2019, defendant's <u>Demand For Review[] And Reversal</u> (Doc. #27) filed September 20, 2019 is **DISMISSED for lack of jurisdiction.**[1]

**IT IS SO ORDERED.**

Dated this 24th day of September, 2019 at Kansas City, Kansas.

s/ Kathryn H. Vratil<br>
KATHRYN H. VRATIL<br>
United States District Judge

---

[1] **Because this case is closed and the Court lacks jurisdiction, the Clerk is directed to docket any further filings in this matter as correspondence which may not receive a response or ruling.**